Charles M. CUNNINGHAM,
Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2007–7075.

United States Court of Appeals,
Federal Circuit.

March 1, 2007.

Charles M. Cunningham, pro se.

*ORDER*

On January 23, 2007, the court issued an order allowing 21 days for Charles M. Cunningham to show cause on why his appeal should not be dismissed as untimely. Cunningham has not responded within the time allowed.

Accordingly,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.